UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>        Defendants. | Case No. 1:23-cv-01471-JLT-SKO<br>[*Hon. Jennifer L. Thurston, Dist. Judge; Hon. Sheila K. Oberto, M. Judge*]<br><br>**ORDER CONTINUING MARCH 5, 2024, SCHEDULING CONFERENCE TO MARCH 12, 2024**<br><br>*Filed Concurrently with Stipulation and Joint Request for Continuance*<br><br>Complaint Filed:  October 14, 2023<br>Trial Date:  None Set |

In the parties' joint stipulation (Doc. 17), the parties request the Court continue the January 16, 2024, Scheduling Conference to March 12, 2024. (*See id.*). The Court previously continued the Conference from January 16, 2024, to March 5, 2024, at 9:45 AM. (Doc. 5).

Pursuant to the stipulation of the parties and the Court's inherent and statutory authority, including, but not limited to, the Court's authority under all applicable statutes and rules, including Fed. R. Civ. P. 16, after consideration of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing



134214724.1

1

ORDER CONTINUING MARCH 5, 2024 CASE MANAGEMENT CONFERENCE

1  therefor, and in furtherance of the interests of justice, the Court hereby Orders that the Scheduling
2  Conference is **continued** from **March 5, 2024**, at 9:45 a.m. to **March 12, 2024,** at 9:45 a.m.
3
4  IT IS SO ORDERED.
5
   Dated:   **January 12, 2024**                      /s/ *Sheila K. Oberto*
6                                                    UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

134214724.1                           2
ORDER CONTINUING MARCH 5, 2024, CASE MANAGEMENT CONFERENCE