1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   TONY M. SAIN, SB# 251626
2  E-Mail: Tony.Sain@lewisbrisbois.com
   TORI L. N. BAKKEN, SB# 329069
3  E-Mail: Tori.Bakken@lewisbrisbois.com
4  ABIGAIL J. R. McLAUGHLIN, SB# 313208
   E-Mail: Abigail.McLaughlin@lewisbrisbois.com
5  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
6  Telephone: 213.250.1800
7  Facsimile: 213.250.7900

8  Attorneys for Defendants,
   CITY OF FRESNO, REY MEDELES,
9  and GUSTAVO GUTIERREZ

10

11              UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| LUIS RODRIGUEZ, | Case No. 1:23-cv-01471-JLT-SKO |
|---|---|
| Plaintiff, | [*Hon. Jennifer L. Thurston, District Judge; Hon. Sheila K. Oberto, Magistrate Judge*] |
| v. | **STIPULATION TO SET ASIDE DEFAULT; ORDER** |
| FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO, | (Doc. 19) |
| Defendants. | |

It is hereby stipulated between Plaintiff LUIS RODRIGUEZ ("Plaintiff"), represented by Kevin G. Little, Esq., Law Office of Kevin G. Little, and Defendants CITY OF FRESNO, REY MEDELES, and GUSTAVO GUTIERREZ ("Defendants"), represented by Tony M. Sain, Esq., Tori L.N. Bakken, Esq., and Abigail J.R. McLaughlin, Esq., Lewis Brisbois Bisgaard & Smith, LLP, that the entry of default in this case pursuant to Plaintiff's Request for Entry of Default be set

aside and Defendants be allowed to file their responsive pleading. The parties have agreed that 10 days is a reasonable and sufficient time within which to file Defendants' responsive pleading.

DATED: January 17, 2024      LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　By: /s/ Abigail J.R. McLaughlin
　　　　　　　　　　　　　　　　　TONY M. SAIN
　　　　　　　　　　　　　　　　　TORI L.N. BAKKEN
　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　CITY OF FRESNO, REY MEDELES,
　　　　　　　　　　　　　　　　　And GUSTAVO GUTIERREZ

Plaintiff consents to an order setting aside the default.

DATED: January 18, 2024      LAW OFFICE OF KEVIN G. LITTLE
　　　　　　　　　　　　　　　By: /s/ Kevin G. Little
　　　　　　　　　　　　　　　　　KEVIN G. LITTLE
　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　LUIS RODRIGUEZ

**ORDER**

Pursuant to the foregoing stipulation (Doc. 19), and GOOD CAUSE APPEARING, the request for entry of default in this case pursuant to Plaintiff's Request for Entry of Default (Doc. 15) entered against Defendants CITY OF FRESNO, REY MEDELES, and GUSTAVO GUTIERREZ is set aside, and the hearing on the motion set for February 7, 2024, is VACATED. Defendants have ten (10) days to file and serve their responsive pleading from the date of this Order.

IT IS SO ORDERED.

Dated:   **January 19, 2024**                   /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE