# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:23-CV-01471-JLT-SKO<br>[*Hon. Jennifer L. Thurston, Dist. Judge; Hon. Sheila K. Oberto, M. Judge*]<br><br>**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER**<br><br>(Doc. 37)<br><br>Trial Date:　　　August 19, 2025 |

Pursuant to the stipulation of the parties, and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that the Scheduling Order (Doc. 26) is MODIFIED as follows:

///

---

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery | September 20, 2024 | December 20, 2024 |
| Expert Disclosures | December 3, 2024 | March 3, 2025 |
| Rebuttal Expert Disclosures | January 9, 2025 | April 9, 2025 |
| Expert Discovery | February 28, 2025 | May 28, 2025 |
| Non-Dispositive Motion Deadlines | March 21, 2025 | June 20, 2025 |
| Dispositive Motion Deadlines | March 21, 2025 | June 20, 2025 |
| Pre-Trial Conference | June 3, 2025 | September 22, 2025[1] |
| Trial | August 19, 2025 | November 18, 2025 |

IT IS SO ORDERED.

Dated:   **August 16, 2024**                    /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has continued the proposed deadlines to allow the Court time to rule on any dispositive motions and for the parties to prepare for trial.

2
**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**