**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:23-CV-01471-JLT-SKO<br>[*Hon. Jennifer L. Thurston, Dist. Judge; Hon. Sheila K. Oberto, M. Judge*]<br><br>**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER**<br><br>**(Doc. 41)** |

　　　　TO THE HONORABLE COURT

　　　　IT IS HEREBY STIPULATED by and between Plaintiff LUIS RODRIGUEZ ("Plaintiff") and defendants CITY OF FRESNO, FRESNO POLICE OFFICER GUSTAVO GUTIERREZ ("Defendants"), the parties, as follows:

　　　　1.　　Due to unforeseen circumstances explained below, the parties must request another continuance of the case management schedule.

---

**ORDER RE STIPULATION RE MODIFICATION OF COURT'S SCHEDULING ORDER DEADLINES**

2. On August 16, 2024, this Court signed an order continuing the case management deadlines at the request of the parties.

3. On August 20, 2024, a trial was unexpectedly set for lead counsel for defendant City of Fresno. That case is set to begin November 12, 2024. Dominguez v. County of Los Angeles, et al. 2:21-cv-06369.

4. Lead counsel for City of Fresno already had another matter set for trial also scheduled to begin November 12, 2024. Rios v. City of Azusa, et al. 2:22-cv- 03968

5. Having two trials set for November 2024 significantly impacts counsel for City of Fresno's ability to complete fact discovery by the December deadline and to adequately prepare for depositions.

6. Moreover, on August 23, 2024, another member of the defense team for City of Fresno learned that her father was terminally ill requiring her to make arrangements for end of life care. These arrangements are ongoing, but required the most work in the last three weeks since learning of his prognosis.

7. Counsel for the other parties were informed of these unexpected developments and graciously agreed to continue the case management schedule.

8. As such, the parties jointly stipulate and respectfully request that this Court issue an Order modifying the Scheduling Order to continue all case management dates and the trial date as specified below or at a date that is convenient for the court.

9. This is the second request by the parties for a request to modify the scheduling order.

**STIPULATION RE CONTINUANCE OF DISCOVERY DEADLINES.**

10. In light of the foregoing Good Cause, the parties hereby stipulate and respectfully request a continuance of the Court's Scheduling Order as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Non-Expert Discovery | December 20, 2024 | August 1, 2025 |
| Expert Disclosures | March 3, 2025 | August 29, 2025 |
| Rebuttal Expert Disclosures | April 9, 2025 | September 26, 2025 |
| Expert Discovery | May 28, 2025 | October 31, 2025 |
| Non-Dispositive Motion Deadlines | June 20, 2025 | November 14, 2025 |

| Dispositive Motion Deadlines | June 20, 2025 | November 14, 2025 |
| Pre-Trial Conference | September 22, 2025 | May 18, 2026 |
| Trial | November 18, 2025 | August 25, 2026 |

11. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

DATED: September 17, 2024          Respectfully submitted,
                                   MANNING & KASS
                                   ELLROD, RAMIREZ, TRESTER LLP


                                   By: /s/ *Mildred K. O'Linn*
                                   Mildred K. O'Linn, Esq.
                                   Lynn L. Carpenter, Esq.
                                   Maya R. Sorensen, Esq.
                                   Attorneys for Defendants, CITY OF
                                   FRESNO, FRESNO POLICE OFFICER
                                   GUSTAVO GUTIERREZ

DATED: September 17, 2024          **WEAKLEY & ARENDT, PC**
                                   By: */s/ James D. Weakley*
                                   James D. Weakley
                                   Brande L. Gustafson
                                   Attorneys for Defendants, REY MEDELES

DATED: September 17, 2024          **LAW OFFICES OF KEVIN LITTLE**
                                   By: /s/ *Kevin Little* (as authorized on
                                   September 17, 2024)
                                   Kevin Little
                                   Attorneys for Plaintiff, LUIS
                                   RODRIGUEZ

# ORDER

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that the scheduling order dates are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Non-Expert Discovery | December 20, 2024 | August 1, 2025 |
| Expert Disclosures | March 3, 2025 | August 29, 2025 |
| Rebuttal Expert Disclosures | April 9, 2025 | September 26, 2025 |
| Expert Discovery | May 28, 2025 | October 31, 2025 |
| Non-Dispositive Motion Deadlines - Filing | June 20, 2025 | November 14, 2025 |
| Non-Dispositive Motion Deadline - Hearing | July 30, 2025 | January 7, 2026 |
| Dispositive Motion Deadlines - Filing | June 20, 2025 | November 21, 2025 |
| Dispositive Motion Deadlines - Hearing | July 25, 2025 | January 9, 2026 |
| Pre-Trial Conference | September 22, 2025 | May 18, 2026 |
| Trial | November 18, 2025 | August 25, 2026 |

IT IS SO ORDERED.

Dated:   **September 30, 2024**            /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE