# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUIS F. RODRIGUEZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>　　　Defendants. | Case No.: 1:23-cv-01471-JLT-SKO<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES**<br><br>(Doc. 43) |

The Court is in receipt of the parties' joint stipulation to amend the scheduling order that seeks an extension of the case schedule to allow parties to "schedule depositions of named individual parties" and to continue the trial. (Doc. 43.)

In light of the parties' representations, the Court finds good cause to **ORDER** that the case schedule be modified to enlarge the Non-Expert Discovery Deadline (as to the depositions of the named individual parties only). However, the Court finds that the parties have not established good cause to continue the trial, especially in light of the previous two trial continuances. (*See* Docs. 38, 42.)

Additionally, in light of the parties' representation that there is "agreement that a Mediation and/or Settlement Conference would be beneficial in this matter," the Court will also set a pre-settlement and a settlement conference.[1]

---
[1] An Order Setting a Settlement Conference will be forthcoming.

ORDER GRANTING IN PART THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

Based on the foregoing, the Court finds good cause to **ORDER** that the following dates set forth in the March 19, 2024, August 16, 2024, and September 30, 2024 Scheduling Orders, (Docs. 26, 38, 42), be **VACATED**, **CONTINUED,** and that a pre-settlement conference and a settlement conference be **SET** as follows:

| EVENT | CURRENT DEADLINE | CONTINUED DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery Deadline (as to the depositions of the named individual parties ONLY) | August 1, 2025 | November 3, 2025 |
| Expert Disclosures Deadline | August 29, 2025 | December 1, 2025 |
| Pre-Settlement Conference | --- | December 4, 2025 |
| Settlement Conference | --- | December 11, 2025 |
| Rebuttal Expert Disclosures Deadline | September 26, 2025 | January 5, 2026 |
| Expert Discovery Deadline | October 31, 2025 | February 9, 2026 |
| Non-Dispositive Motion Filing Deadline | November 14, 2025 | February 23, 2026 |
| Non-Dispositive Motion Hearing Deadline | January 7, 2026 | April 1, 2026 |
| Dispositive Motion Filing Deadline | November 21, 2025 | March 2, 2026 |
| Dispositive Motion Hearing Deadline | January 9, 2026 | April 6, 2026 |
| Pretrial Conference | May 18, 2026 | June 29, 2026 |
| Trial | August 25, 2026 | August 25, 2026 |

IT IS SO ORDERED.

Dated:  **July 2, 2025**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE



ORDER GRANTING IN PART THE PARTIES' STIPULATION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES

2