UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS F. RODRIGUEZ,<br><br>PLAINTIFF,<br><br>V.<br><br>FRESNO POLICE OFFICER REY MEDELES; FRESNO POLICE OFFICER GUSTAVO GUTIERREZ; UNKNOWN LOCAL AND FEDERAL LAW ENFORCEMENT OFFICERS; THE CITY OF FRESNO,<br><br>DEFENDANTS. | Case No.: 1:23-cv-01471-JLT-SKO<br>District Judge Jennifer L. Thurston<br>Magistrate Judge Sheila Oberto<br><br>**ORDER RE CONTINUING DISCOVERY CUTOFF DATES**<br><br>(Doc. 46) |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules. After consideration of relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore (Fed. R. Civ. P. 16(b)(4)), and in furtherance of the interests of justice,

**IT IS HEREBY ORDERED** that the case schedule (Doc. 44) is MODIFIED as follows:

1. The Non-Expert Discovery Deadline currently set for November 3, 2025, is continued to December 15, 2025.

2. The Expert Disclosures Deadline currently set for December 1, 2025, is continued to December 29, 2025.

3. The Rebuttal Expert Disclosures Deadline currently set for January 5, 2026, is continued to January 12, 2026.

All other dates set forth in the case schedule (Doc. 44) and the Settlement Conference (*see* Doc. 45) remain unchanged.

IT IS SO ORDERED.

Dated:   **October 14, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE